O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVAR MONROE GRANT, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 13-66 CAS (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| MATTHEW CATE, et al., | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: March 12, 2013

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge