JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVAR MONROE GRANT, ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 13-66-CAS(AJW) |
| ) | |
| v. ) | |
| ) | |
| MATTHEW CATE, CALIFORNIA ) | JUDGMENT |
| DEPARTMENT OF CORRECTIONS ) | |
| SECRETARY, ) | |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: March 12, 2013

_____
Christina A. Snyder
United States District Judge